UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 11-2711 DSF (MANx) | Date | 5/5/11 |
| Title | Monique Atwell, et al. v. CMG Mortgage, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Defendants' Motion to Dismiss (Docket No. 8)

    Defendants Aurora Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss on April 12, 2011. (Docket No. 8.) Defendant BAC Home Loans Servicing, LP joined this motion on April 19, 2011. (Docket No. 10.) Plaintiffs' opposition was due April 25, 2011, but no opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 16, 2011 is removed from the Court's calendar.

    The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motion to dismiss is GRANTED.

    IT IS SO ORDERED.