McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq., SBN # 270639
739 East Walnut St., Suite 204
Pasadena, CA 91101
Telephone:   (626) 888-5206
Facsimile:   (626) 844-6550

Attorney for Plaintiff
Gregg and Monique Atwell

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG ATWELL, an individual; MONIQUE ATWELL, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> AURORA LOAN SERVICES, LLC; U.S. BANK, N.A., as Trustee for, LEHMAN XS TRUST SERIES 2006-4N; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELCTRONIC REGISTRATION SYSTEMS, INC., (aka MERS); and DOES 1-100 inclusive <br><br> Defendants. | Case No.  CV 11-02711-DSF-MANx <br><br> *Assigned for all Purposed to the Honorable Judge Fischer* <br><br> **ORDER GRANTING STIPULATION TO REMAND PURSUANT TO 28 U.S.C. §1447c** <br><br> First Amended Complaint filed: June 10, 2011 |

Having considered the evidence and the stipulation signed by all parties, and on proof being made to the satisfaction of this Court, and good cause appearing thereof;

///

///

///

1    IT IS HEREBY ORDERED THAT the Stipulation to Remand is GRANTED.
2 The instant action is REMANDED to the Los Angeles County Superior Court. The
3 Clerk shall close the file and terminate any pending mattesr.

4    IT IS HEREBY FURTHER ORDERED that neither party, in relation to the
5 above-entitled motion, shall pursue the recovery of attorney's fees and costs.

6    THEREFORE, IT IS ORDERED THAT the Stipulation is granted.

9 Date: August 19, 2011

*Dale S. Fischer*

Honorable Fischer
United States District Judge

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810